JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

CARLOS MAURICIO GUERRERO,

Petitioner,

v.

DEPARTMENT OF HOMELAND SECURITY, ET. AL.,

Respondents.

Case No. EDCV 26-3950-AH (AS)

**JUDGMENT**

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition is DENIED.

DATED: SEPTEMBER 23, 2026

[signature]

ANNE HWANG
UNITED STATES DISTRICT JUDGE